IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-337 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On November 2, 207, this Court dismissed Plaintiff's action because he is subject to the three-strikes rule. Dkt. No. 8. The Court has received Plaintiff's application to proceed *in forma pauperis* on appeal (Dkt. No. 15), the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 17), and Plaintiff's objections to the M&R (Dkt. No. 18).[1]

After independently reviewing the record and applicable law, the Court **ADOPTS** the Magistrate Judge's M&R (Dkt. No. 17) and **DENIES** Plaintiff's motion to proceed *in forma pauperis* on appeal (Dkt. No. 15).

SIGNED this 31st day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] Plaintiff's filing is styled as an appeal of the Magistrate Judge's recommendation to the District Court. Dkt. No. 18 at 1. The Court construes this filing as objections to the M&R.