IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL GARRETT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-337 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Defendant. § | |

## ORDER

The Court is in receipt of Plaintiff's Rule 60(b)(3) Motion, Dkt. No. 25; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 26; and Plaintiff's Objections to the M&R, Dkt. No. 27.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 26. Accordingly, the Court **DENIES** Plaintiff's Rule 60(b)(3) Motion, Dkt. No. 25.

SIGNED this 14th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge